CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
SEP 3 0 2010
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD VILLAR,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:10-cv-00376 |
| v. | ) <br> ) | **ORDER** |
| TERRY O'BRIEN, <u>et al.</u>,<br>    Defendant. | ) <br> ) <br> ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to comply with the conditional filing order and 28 U.S.C. § 1915(a)(2) and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 30th day of September, 2010.

Senior United States District Judge